# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3822

_____

Fred Morgenstern,                       *
                                 *
         Appellant,         *
                                 *   Appeal from the United States
    v.                      *   District Court for the
                                 *   District of Minnesota.
R. L. Morrison, Warden,    *
                                 *   [UNPUBLISHED]
         Appellee.          *

_____

Submitted: August 22, 2008
Filed: September 23, 2008

_____

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Fred Morgenstern appeals from the district court's[1] partial denial of his 28 U.S.C. § 2241 petition. Upon careful de novo review, see Hill v. Morrison, 349 F.3d 1089, 1091 (8th Cir. 2003), we conclude that the district court's decision was proper. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.